3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-00556-SSS (AS) | Date | September 21, 2023 |
|---|---|---|---|
| Title | *Pedro Camacho-Corona v. Dr. Ortiz, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 27, 2023, the Court issued an Order granting Plaintiff's request for an extension of time to file his First Amended Complaint by no later than September 11, 2023). Dkt. No. 14. Plaintiff was warned that "no further extensions [would] be granted absent extraordinary circumstances." Id.

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than October 20, 2023**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's July 11, 2023 Order Dismissing Plaintiff's Complaint with leave to amend (Dkt. No. 11)[1], or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a

---

[1] Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint . . . will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order." (Dkt. No. 11 at 11).

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-00556-SSS (AS) | Date | September 21, 2023 |
|---|---|---|---|
| Title | *Pedro Camacho-Corona v. Dr. Ortiz, et. al..* | | |

recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc: Sunshine Suzanne Sykes
United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | CC |