**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| PEDRO CAMACHO-CORONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ORTIZ, et. al.,<br><br>　　　　　Defendants. | Case No. EDCV 23-00556-SSS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2 Order and the Magistrate Judge's Report and Recommendation on
3 Plaintiff.

DATED: January 22, 2024

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE