JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PEDRO CAMACHO-CORONA,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. ORTIZ, et. al.,<br><br>        Defendants. | Case No. EDCV 23-00556-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: January 22, 2024

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE